

Arstrat
9800 Centre Parkway Suite 1100
Houston, TX 77036

Web: https://usapaymentexchange.com/ARS
Toll Free: (866) 763-2906

CHANGE SERVICE REQUESTED

February 1, 2017

**SEND PAYMENTS TO:**

ARSTRAT
PO BOX 860102
MINNEAPOLIS, MN 55486-0102

674    337422748

Arsen Kakuriyev

Account #: ▇9163
Reference #: ▇9778
Balance Due: $879.00

| Client Name | Account Number | Balance Due | Date of Service |
|---|---|---|---|
| North Shore-Lij Medical Group | ▇9163 | $879.00 | 02/10/16 |

**Please Call Today**

Dear Arsen Kakuriyev,

Let us help you resolve this matter today by calling the above number. Our Recovery Analyst can set you up on a payment schedule to help resolve your account. Please respond today in order to prevent further collection efforts.

To pay by phone, please call 866-763-2906 and follow the automated prompts. To pay via the internet, please log onto https://usapaymentexchange.com/ARS **or scan the barcode below** and follow the website's payment instructions.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice has been sent by a debt collector.

The above creditor has referred the above account to us for collection. This account had previously been placed with Ingram & Associates. The creditor has now engaged ARSTRAT to collect this account.

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt to be valid. If you notify this office in writing within the thirty (30) day period that the debt or any portion thereof is disputed, this office will obtain verification of the debt or a copy of a judgment and mail you a copy of such verification or judgment. If you request this office in writing within the thirty (30) day period, this office will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information we obtain will be used for that purpose.

Sincerely,
*Brunella Eaglin*
1-866-763-2906
Recovery Analyst

Debt Collectors, in accordance with the FDCPA, are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including but not limited to:
•The use of threat of violence • The use of obscene or profane language • Repeated phone calls made with the intent to annoy, abuse, or harass.
If a creditor or debt collector recives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:
1. Supplemental security income, (SSI);
2. Social security;
3. Public assistance (welfare);
4. Spousal support, maintenance (alimony) or child support;
5. Unemployment benefits;
6. Disability benefits;
7. Workers' compensation benefits;
8. Public or private pensions;
9. Veterans' benefits;
10. Federal student loans, federal student grants, and federal work study funds; and
11. Ninety percent of your wages or salary earned in the last sixty days.

2ONREGC01674

SCAN FOR MOBILE PAYMENT



***ARSTRAT***
(866) 763-2906

**FOR CHANGE OF ADDRESS, MISSPELLINGS OR OTHER ERRORS, PLEASE PRINT CORRECTIONS.**

| Guarantor's Name | | | | Phone # ( ) |
|---|---|---|---|---|
| Guarantor's Address | | City | State | Zip Code |

**IF YOU HAVE NOT SUPPLIED INSURANCE INFORMATION, PLEASE DO SO HERE:**

| PRIMARY INSURANCE COVERAGE | Patient's Relationship to Insured ❑SELF  ❑SPOUSE  ❑CHILD  ❑OTHER | SECONDARY INSURANCE COVERAGE | Patient's Relationship to Insured ❑SELF  ❑SPOUSE  ❑CHILD  ❑OTHER |
|---|---|---|---|
| Insurance Company Name | Phone # ( ) | Insurance Company Name | Phone # ( ) |
| Insurance Company Address | | Insurance Company Address | |
| Policyholders Name | Birthdate  /  / | Policyholders Name | Birthdate  /  / |
| Policy & Group # | Policy Effective Date  /  / | Policy & Group # | Policy Effective Date  /  / |
| Employer's Name | Phone # ( ) | Employer's Name | Phone # ( ) |
| Employer's Address | | Employer's Address | |

**CALIFORNIA**
As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. But we will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

Nonprofit credit counseling services may be available in the area.

**UTAH**
As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. We will not submit a negative credit report to a credit reporting agency about this credit obligation until the expiration of the time period described on the front of this letter.

**NEVADA**
If the consumer pays or agrees to pay the debt or any portion of the debt, the payment or agreement to pay may be construed as: (1) an acknowledgment of the debt by the consumer; and (2) a waiver by the consumer of any applicable statute of limitations set forth in NRS 11.190 that otherwise precludes the collection of the debt; and (3) if the consumer does not understand or has questions concerning his/her legal rights or obligations relating to the debt, the debtor should seek legal advice.

**COLORADO**
For more information about the Colorado Fair Debt Collection Practices Act, See WWW.COAG.GOV/CAR

A consumer has the right to request in that a debt collector or agency cease further with the consumer.  A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

3052 South Parker  Rd Ste 705  Aurora CO 80014  702-323-1993.

**NEW YORK CITY**
New York City Department of Consumer Affairs License Number 2032300-DCA.