UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case #: 1:17-cv-05154-ILG-LB

Arsen Kakuriyev, *individually and on behalf of all others similarly situated*

Plaintiff

v.

ARStrat, LLC

Defendant

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice as to Defendant ARStrat, LLC, and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: April 26, 2018

| For Plaintiff | For Defendant |
|---|---|
| /s/ Daniel Kohn | /s/ Thomas Slattery |
| Daniel Kohn | Thomas Slattery |
| **RC Law Group, PLLC** | **Salvo Law Firm PC** |
| 285 Passaic Street | 185 Fairfield Avenue, Suite 3C/3D |
| Hackensack, NJ 07601 | West Caldwell, NJ 07006 |
| dkohn@rclawgroup.com | tslattery@salvolawfirm.com |

So Ordered
s/ ILG  USDJ
4/27/18

1